| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00182-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Mon Jun  3 14:40:59 EDT 2024 | 2501 NAYLOR RD SE LLC<br>2501 Naylor Road, SE#103<br>Washington, DC 20020-4026 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 |
| Diamond Stewart<br>2501 Naylor Road, SE Unit 3<br>Washington, DC 20020-4026 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Dominique Jones<br>2501 Naylor Road, SE Unit 5<br>Washington, DC 20020-4026 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jessica Phillips<br>2501 Naylor Road, SE Unit B1<br>Washington, DC 20020-4026 | Layetta Howard<br>2501 Naylor Road, SE Unit B2<br>Washington, DC 20020-4026 |
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tiffany Epps<br>2501 Naylor Road, SE Unit 2<br>Washington, DC 20020-4026 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20