**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| | **Case No. 24-180-ELG** |
| **1416 EASTERN AVE NE LLC** | **Case No. 24-181-ELG** |
| **945 LONGFELLOW ST NW LLC** | **Case No. 24-182-ELG** |
| **2501 NAYLOR RD SE LLC** | **Case No. 24-183-ELG** |
| **4303-13 WHEELER RD SE LLC** | **Case No. 24-184-ELG** |
| **4263 6TH ST SE APARTMENTS LLC** | **Case No. 24-185-ELG** |
| **4935 NHB AVE NE LLC** | **Case No. 24-186-ELG** |
| **3968 MLK LLC** | **Case No. 24-187-ELG** |
| **4010 9TH ST SE LLC** | **Case No. 24-188-ELG** |
| **2440 S ST SE LLC** | **Case No. 24-189-ELG** |
| **4400 HUNT PL NE LLC** | |
| | **Chapter 11** |
| **Debtor.** | |
| | **(NOT JOINTLY ADMINISTERED)** |

## ORDER CONVERTING CASE TO CHAPTER 7

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Direct the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) or, in the Alternative, to Convert Chapter 11 Cases ("Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that this case is CONVERTED to a case under chapter 7 of Title 11 of the United States Code; and it is further

ORDERED that within 30 days of the entry of this order the debtor shall file and transmit to the United States Trustee a final report and account; and it is further

ORDERED that the clerk shall mail copies of this order to the entities noted below and shall give all creditors notice that this case has been converted to chapter 7.

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Copies to:

Nancy L. Alper nancy.alper@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**