| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00182-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Jun 27 21:00:59 EDT 2024 | 2501 NAYLOR RD SE LLC<br>2501 Naylor Road, SE#103<br>Washington, DC 20020-4026 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Diamond Stewart<br>2501 Naylor Road, SE Unit 3<br>Washington, DC 20020-4026 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Dominique Jones<br>2501 Naylor Road, SE Unit 5<br>Washington, DC 20020-4026 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jessica Phillips<br>2501 Naylor Road, SE Unit B1<br>Washington, DC 20020-4026 |
| Layetta Howard<br>2501 Naylor Road, SE Unit B2<br>Washington, DC 20020-4026 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tiffany Epps<br>2501 Naylor Road, SE Unit 2<br>Washington, DC 20020-4026 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21