**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
|    **1416 EASTERN AVE NE LLC** | ) | Case No. 24-180-ELG |
|    **945 LONGFELLOW ST NW LLC** | ) | Case No. 24-181-ELG |
|    **2501 NAYLOR RD SE LLC** | ) | Case No. 24-182-ELG |
|    **4303-13 WHEELER RD SE LLC** | ) | Case No. 24-183-ELG |
|    **4263 6TH ST SE APARTMENTS LLC** | ) | Case No. 24-184-ELG |
|    **4935 NHB AVE NE LLC** | ) | Case No. 24-185-ELG |
|    **3968 MLK LLC** | ) | Case No. 24-186-ELG |
|    **4010 9TH ST SE LLC** | ) | Case No. 24-187-ELG |
|    **2440 S ST SE LLC** | ) | Case No. 24-188-ELG |
|    **4400 HUNT PL NE LLC** | ) | Case No. 24-189-ELG |
| | ) | |
|       **Debtor.** | ) | **Chapter 11** |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| _____ | ) | |

## **ORDER AUTHORIZING DEBTOR TO
EMPLOY COUNSEL**

On the Application of the debtor 2501 NAYLOR RD SE LLC for authority to employ counsel, it appearing to the Court that the employment of William C. Johnson, Jr., Esq. as counsel to the debtor 2501 NAYLOR RD SE LLC on the terms proposed in the Application is appropriate and reasonable, and it appearing that Mr. Johnson is a "disinterested person" and is qualified to serve in that capacity, and the Court noting that Mr. Johnson's retention will not burden the estate, it is hereby ORDERED that said

1

Application BE and hereby IS GRANTED and that the employment of Mr. Johnson on the terms set forth in the Application is hereby AUTHORIZED AND APPROVED. IT IS FURTHER ORDERED; All Compensation shall be subject to further Order of the Court on proper application.

| I ASK FOR THIS: | SEEN: |
|---|---|
| The Johnson Law Group, LLC | Office of the U.S. Trustee |
| William C. Johnson, Jr., Esq. | Kristen S. Eustis, Esq. |
| 6305 Ivy Lane | 1725 Duke Street |
| Suite 630 | Suite 650 |
| Greenbelt, Maryland 20770 | Alexandria, VA 22314 |
| Counsel for Debtor | Counsel for United States Trustee |

Copies to:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

**End of Order**

2

3