**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
|    **1416 EASTERN AVE NE LLC** | ) | **Case No. 24-180-ELG** |
|    **945 LONGFELLOW ST NW LLC** | ) | **Case No. 24-181-ELG** |
|    **2501 NAYLOR RD SE LLC** | ) | **Case No. 24-182-ELG** |
|    **4303-13 WHEELER RD SE LLC** | ) | **Case No. 24-183-ELG** |
|    **4263 6TH ST SE APARTMENTS LLC** | ) | **Case No. 24-184-ELG** |
|    **4935 NHB AVE NE LLC** | ) | **Case No. 24-185-ELG** |
|    **3968 MLK LLC** | ) | **Case No. 24-186-ELG** |
|    **4010 9TH ST SE LLC** | ) | **Case No. 24-187-ELG** |
|    **2440 S ST SE LLC** | ) | **Case No. 24-188-ELG** |
|    **4400 HUNT PL NE LLC** | ) | **Case No. 24-189-ELG** |
| | ) | |
|              **Debtor.** | ) | **Chapter 11** |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| _____ | ) | |

**ORDER GRANTING APPLICATION**
**TO RETAIN REALTORS FOR THE ESTATE**

This case came before the Court on the Debtor's Application to Retain Eboneese Thompson and the firm of Thompson Premier Homes Group(collectively "Realtors"), as Realtors for the bankruptcy estate of debtor 2501 NAYLOR RD SE, LLC for the purpose of selling 2501 NAYLOR RD SE, Washington, D.C. 20020.  The Court being satisfied that the Realtors represent no interest adverse to the debtor or the bankruptcy estate, that the Realtors and

disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby:

**ORDERED,** that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED**, pursuant to 11 U.S.C. §327(a), that debtor 2501 NAYLOR RD SE , LLC be, and he hereby is authorized to employ the Realtors as realtors for the purposes identified in the debtor's Application; and it is

**FURTHER ORDERED** that the Realtors may be paid a 5.0% commission from the proceeds of any sale procured by them at the closing of that sale.

Copies to:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

U.S. Trustee's Office
1725 Duke St.
Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

The Notice of Electronic filing indicates that Notice was electronically mailed to all parties.

**End of Order**