The order below is hereby signed.

Signed: July 17 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                              )
                                                    )
1416 EASTERN AVE NE LLC                             )        Case No. 24-180-ELG
945 LONGFELLOW ST NW LLC                            )        Case No. 24-181-ELG
2501 NAYLOR RD SE LLC                               )        Case No. 24-182-ELG
4263 6TH ST SE APARTMENTS LLC                       )        Case No. 24-184-ELG
4935 NHB AVE NE LLC                                 )        Case No. 24-185-ELG
3968 MLK LLC                                        )        Case No. 24-186-ELG
4010 9TH ST SE LLC                                  )        Case No. 24-187-ELG
2440 S ST SE LLC                                    )        Case No. 24-188-ELG
4400 HUNT PL NE LLC                                 )        Case No. 24-189-ELG
                                                    )
            Debtors.                                )        (Chapter 11)
_____)               (*Not* Jointly Administered)

**ORDER GRANTING FIRST AND FINAL
APPLICATION OF THE VERSTANDIG LAW FIRM, LLC FOR
<u>ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

       Upon consideration of the First and Final Application of The VerStandig Law Firm, LLC

for Allowance of Compensation and Reimbursement of Expenses (the "Application," with the

petitioning party being known as "VLF") filed in each of the above-captioned matters,[1] the

authorities cited therein, the records appended thereto, and the lack of opposition thereto, it is, by

the United States Bankruptcy Court for the District of Columbia, hereby:

---

[1] The Application was also filed in Case No. 24-183 but has been withdrawn by the applicant, on
the record, in that case.

ORDERED, that the Application be, and hereby is, GRANTED, APPROVED, and RATIFIED; and it is further

ORDERED, that VLF may collect fees, from monies being held in trust, in the sums set forth in the Application, as and for VLF's representation of the nine above-captioned debtors; and it is further

ORDERED, that VLF may collect the sum of $65.35, from monies being held in trust by VLF, as and for VLF's representation of each of 2501 Naylor Rd SE LLC; 4263 6th St SE Apartments, LLC; 4935 NHB Ave NE, LLC; 3968 MLK LLC; 4010 9th Street SE LLC; 2440 S St SE, LLC; and 4400 Hunt Pl NE, LLC, with said fees totaling $457.45 in the aggregate; and it is further

ORDERED, that VLF may collect the sum of $2,341.35, from monies being held in trust by VLF, as and for VLF's representation of each of 1416 Eastern Ave NE LLC and 945 Longfellow St NW LLC, with said fees totaling $4,682.70 in the aggregate and, with the fees approved in the foregoing paragraph, totaling $5,140.15 in the aggregate for these nine cases.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com