The order below is hereby signed.

Signed: July 17 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | |
|---|---|---|
| | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
| 3968 MLK LLC | ) | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
| Debtors. | ) | (Chapter 11) |
| _____ | ) | (*Not* Jointly Administered) |

**ORDER GRANTING FIRST AND FINAL
APPLICATION OF THE VERSTANDIG LAW FIRM, LLC FOR
<u>ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the First and Final Application of The VerStandig Law Firm, LLC for Allowance of Compensation and Reimbursement of Expenses (the "Application," with the petitioning party being known as "VLF") filed in each of the above-captioned matters,[1] the authorities cited therein, the records appended thereto, and the lack of opposition thereto, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

---

[1] The Application was also filed in Case No. 24-183 but has been withdrawn by the applicant, on the record, in that case.

1

ORDERED, that the Application be, and hereby is, GRANTED, APPROVED, and RATIFIED; and it is further

ORDERED, that VLF may collect fees, from monies being held in trust, in the sums set forth in the Application, as and for VLF's representation of the nine above-captioned debtors; and it is further

ORDERED, that VLF may collect the sum of $65.35, from monies being held in trust by VLF, as and for VLF's representation of each of 2501 Naylor Rd SE LLC; 4263 6th St SE Apartments, LLC; 4935 NHB Ave NE, LLC; 3968 MLK LLC; 4010 9th Street SE LLC; 2440 S St SE, LLC; and 4400 Hunt Pl NE, LLC, with said fees totaling $457.45 in the aggregate; and it is further

ORDERED, that VLF may collect the sum of $2,341.35, from monies being held in trust by VLF, as and for VLF's representation of each of 1416 Eastern Ave NE LLC and 945 Longfellow St NW LLC, with said fees totaling $4,682.70 in the aggregate and, with the fees approved in the foregoing paragraph, totaling $5,140.15 in the aggregate for these nine cases.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00182-ELG |
| 2501 NAYLOR RD SE LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 2501 NAYLOR RD SE LLC, 2501 Naylor Road, SE#103, Washington, DC 20020-4026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 19, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Drayden Peters | on behalf of Creditor TD Bank  N.A. epeters@gebsmith.com |
| Emil Hirsch | on behalf of Creditor DC Water ehirsch@carltonfields.com ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael D. Nord | on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com |
| Nancy L. Alper | |

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: pdf001 | Total Noticed: 1 |

on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.

on behalf of Debtor In Possession 2501 NAYLOR RD SE LLC William@JohnsonLG.Law wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 8