The order below is hereby signed.

Signed: August 14 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
|     **1416 EASTERN AVE NE LLC** | ) | Case No. 24-180-ELG |
|     **945 LONGFELLOW ST NW LLC** | ) | Case No. 24-181-ELG |
|     **2501 NAYLOR RD SE LLC** | ) | Case No. 24-182-ELG |
|     **4303-13 WHEELER RD SE LLC** | ) | Case No. 24-183-ELG |
|     **4263 6TH ST SE APARTMENTS LLC** | ) | Case No. 24-184-ELG |
|     **4935 NHB AVE NE LLC** | ) | Case No. 24-185-ELG |
|     **3968 MLK LLC** | ) | Case No. 24-186-ELG |
|     **4010 9TH ST SE LLC** | ) | Case No. 24-187-ELG |
|     **2440 S ST SE LLC** | ) | Case No. 24-188-ELG |
|     **4400 HUNT PL NE LLC** | ) | Case No. 24-189-ELG |
| | ) | |
|         **Debtor.** | ) | **Chapter 11** |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| _____ | ) | |

**ORDER AUTHORIZING DEBTOR TO**
**EMPLOY COUNSEL**

On the Application of the debtor 2501 NAYLOR RD SE LLC for authority to

employ counsel, it appearing to the Court that the employment of William C. Johnson, Jr.,

Esq. as counsel to the debtor 2501 NAYLOR RD SE LLC on the terms proposed in the

Application is appropriate and reasonable, and it appearing that Mr. Johnson is a

"disinterested person" and is qualified to serve in that capacity, and the Court noting that

Mr. Johnson's retention will not burden the estate, it is hereby ORDERED that said

1

Application BE and hereby IS GRANTED and that the employment of Mr. Johnson on the terms set forth in the Application is hereby AUTHORIZED AND APPROVED. IT IS FURTHER ORDERED; the effective date of the Application is June 27, 2024. All Compensation shall be subject to further Order of the Court on proper application.

I ASK FOR THIS:                                         SEEN:

*/s/ William C. Johnson, Jr.*                           */s/ Kristen S. Eustis*
The Johnson Law Group, LLC                              Office of the U.S. Trustee
William C. Johnson, Jr., Esq.                           Kristen S. Eustis, Esq.
6305 Ivy Lane                                           1725 Duke Street
Suite 630                                               Suite 650
Greenbelt, Maryland 20770                               Alexandria, VA 22314
Counsel for Debtor                                      Counsel for United States Trustee

Copies to:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

**End of Order**

Case 24-00182-ELG    Doc 55    Filed 08/16/24    Entered 08/17/24 01:33:12    Desc Imaged
Certificate of Notice    Page 3 of 5

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00182-ELG |
| 2501 NAYLOR RD SE LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 14, 2024 | Form ID: pdf001 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 2501 NAYLOR RD SE LLC, 2501 Naylor Road, SE#103, Washington, DC 20020-4026 |
| 778784 | + | DC GOV'T OFFICE OF TAX AND REVENUE, P.O. BOX 37559, WASHINGTON DC 20013-7559 |
| 778403 | + | Department of Buildings, 1100 4th Street, SW, Washington, DC 20024-4451 |
| 778404 | + | Diamond Stewart, 2501 Naylor Road, SE Unit 3, Washington, DC 20020-4026 |
| 778405 | + | District of Columbia Water and Sewer Aut, 1385 Canal Street, SE, Washington, DC 20003-5015 |
| 778406 | + | Dominique Jones, 2501 Naylor Road, SE Unit 5, Washington, DC 20020-4026 |
| 778408 | + | Jessica Phillips, 2501 Naylor Road, SE Unit B1, Washington, DC 20020-4026 |
| 778409 | + | Layetta Howard, 2501 Naylor Road, SE Unit B2, Washington, DC 20020-4026 |
| 778412 | + | Pro Painting & Remodeling Inc., 15105 Jennings Ln., Bowie, MD 20721-7208 |
| 778413 | + | TD Bank, N.A., 5900 N. Andrews Ave. Suite 200, Fort Lauderdale, FL 33309-2371 |
| 778415 | + | US Realty LLC, 2300 N ST NW STE 300-RLK, Washington, DC 20037-1122 |
| 778416 | + | Washington Gas and Light Company, 1000 Maine Ave SW 7th Floor, Washington, DC 20024-3496 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 778784 | ^ | MEBN | Aug 14 2024 21:07:24 | DC GOV'T OFFICE OF TAX AND REVENUE, P.O. BOX 37559, WASHINGTON DC 20013-7559 |
| 778402 | + | Email/Text: angela.coleman@dc.gov | Aug 14 2024 21:09:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 778407 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2024 21:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 778411 | + | Email/Text: Bankruptcy_General@pepco.com | Aug 14 2024 21:09:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 778410 | ##+ | Massey Property Investors LLC, 12320 Quilt Patch Ln., Bowie, MD 20720-4359 |
| 778414 | ##+ | Tiffany Epps, 2501 Naylor Road, SE Unit 2, Washington, DC 20020-4026 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Drayden Peters | on behalf of Creditor TD Bank  N.A. epeters@gebsmith.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com |
| Emil Hirsch | on behalf of Creditor DC Water ehirsch@carltonfields.com ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Laura C. Beckerman | on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov |
| Marc E. Albert | on behalf of Trustee Marc E. Albert marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael D. Nord | on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com |
| Nancy L. Alper | on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov |
| Ruiqiao Wen | on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com |
| Stephon Woods | on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William C. Johnson, Jr. | on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com |
| William C. Johnson, Jr. | on behalf of Debtor In Possession 2501 NAYLOR RD SE LLC William@JohnsonLG.Law wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com |

TOTAL: 14