US Trustee Form 11 - Monthly Operating Report
2501 Naylor Rd SE LLC
Case No. 24-00182
Lead Case No. 24-00180

Period ending 10/31/2024

Explanations:

Part 1. The Trustee obtained liability insurance for the property and made the monthly insurance premium of $192.09 for October 2024.  The Trustee also paid United States Trustee fees totaling $500 in October 2024.  Those payments were made from retainer funds for the jointly-administered cases.  Those disbursements are reflected in Part 1.c. and Part 1.f.  The Trustee is holding the retainer funds in a trustee account at Axos bank.  A Form 2 report showing the receipt of the retainer and the payments of the monthly insurance premium and the United States Trustee fees is attached to the report filed in the main case (Case No. 24-00180).

Part 2.a. The delinquency report enclosed in the attached financial statements does not reflect direct deposits received in October of $3,594.00 for Section 8 Housing Assistance Payments. We are awaiting the backup needed in order to apply the funds received to the correct residents. The delinquency has been listed on this line as $58, which is the difference between the delinquent rent and the miscellaneous income.

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include the United States Trustee fees and the monthly insurance premium disclosed in Part 1 totaling $692.09.  We did not include those expenses made from the Trustee-held Axos Bank account in previous monthly operating reports.

Additionally, the Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00. A statement of account has not yet been received and therefore is not reflected in the August -October 2024 Monthly Operating Reports.

Information on the above items will be reflected in a future reporting period as information is obtained.

# 2501 Naylor RD SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### OCTOBER 2024

**Prepared for:**

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Mark Albert Chapter 11 Trustee**
**2501 Naylor RD SE LLC**
**October 2024 Monthly Operational Summary**

---

Below is a summary of the property management activity during the month of October 2024.

**Income:** During the month $15,191.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $4,373.00.**
See attached aged Delinquency Report for the month of October 2024.

**Vacancies – 4 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $00.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of October 31, 2024, the outstanding payables totaled $1,999.50. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $00.00 (see attached check summary).

**Banking:**

1. Operating Account (PNC Bank) – As of October 31, 2024, the account statement balance was $59,009.31. The available and reconciled cash balance as of October 31, 2024, was $59,009.31.

## 2501 Naylor RD SE LLC
### Deposit Register
**Deposit Date = 10/01/2024 - 10/31/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(naylor) - 1  10/07/2024** | | | | | | | |
| Nickens,April | 2501 | 04 | t0008209 | 10-2024 | 10/7/2024 | 721.00 | 21112 |
| **Total (naylor) - 1  10/07/2024** | | | | | | **721.00** | |
| | | | | | | | |
| **(naylor) - 2  10/01/2024** | | | | | | | |
| Stewart,Diamond | 2501 | 03 | t0008208 | 10-2024 | 10/1/2024 | 2,129.00 | 100125098 |
| Phillips,Jessica | 2501 | B1 | t0008210 | 10-2024 | 10/1/2024 | 4,337.00 | 100125098 |
| Howard,Layetta | 2501 | B2 | t0008211 | 10-2024 | 10/1/2024 | 4,410.00 | 100125098 |
| **Total (naylor) - 2  10/01/2024** | | | | | | **10,876.00** | |
| | | | | | | | |
| **(naylor) - 7  10/01/2024** | | | | | | | |
| GWUL LEASE UP | 2501 | | | 10-2024 | 10/1/2024 | 1,465.00 | ACH 100124 |
| **Total (naylor) - 7  10/01/2024** | | | | | | **1,465.00** | |
| | | | | | | | |
| **(naylor) - 8  10/02/2024** | | | | | | | |
| DC LSRP | 2501 | | | 10-2024 | 10/2/2024 | 2,129.00 | ACH 100224 |
| **Total (naylor) - 8  10/02/2024** | | | | | | **2,129.00** | |
| | | | | | | | |
| **Grand Total** | | | | | | **15,191.00** | |

**2501 Naylor RD SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending October 31, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| 5121 | Housing Assist Payments | 10,876.00 | 21,752.00 |
| | **Total Rental Income** | 10,876.00 | 21,752.00 |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | 4,315.00 | 8,960.00 |
| | **Total Miscellaneous Income** | 4,315.00 | 8,960.00 |
| | **TOTAL INCOME** | $ 15,191.00 | $ 30,712.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| 6102 | Bank Fees | - | 30.00 |
| | **Total Administrative Expenses** | - | 30.00 |
| | **Utilities** | | |
| | **Total Utilities** | - | - |
| | **Operating & Maintenance Expense** | | |
| | **Total Operating & Maintenance Expense** | - | - |
| | **Insurance & Taxes** | | |
| | **Total Insurance & Taxes** | - | - |
| | **TOTAL OPERATING EXPENSE** | $ - | $ 30.00 |
| | **NET OPERATING INCOME/(LOSS)** | $ 15,191.00 | $ 30,682.00 |
| | **Financial Expenses** | | |
| | **Total Financial Expenses** | - | - |
| | **NET INCOME (LOSS)** | $ 15,191.00 | $ 30,682.00 |
| | **Replacement Reserve Item Expense** | | |
| | **Total Replacement Reserve Item Expense** | - | - |
| | **Other Cash Flow Items** | | |
| | **Total Other Cash Flow Items** | - | - |
| | **TOTAL CASH FLOW** | $ 15,191.00 | $ 30,682.00 |

**2501 Naylor RD SE LLC**
**General Ledger (Cash)**
**Month = Oct 2024**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 6102 | | | Bank Fees | | | | | 30.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 30.00 | = Ending Balance = |
| | | | **Grand Total** | | | **0.00** | **0.00** | | |

**2501 Naylor RD SE LLC**
**Trial Balance (Cash)**
**Month = Oct 2024**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1010 | Operating Cash | 43,818.31 | 15,191.00 | 0.00 | 59,009.31 |
| 2090 | Other Current Liabilities | (28,327.31) | 0.00 | 0.00 | (28,327.31) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 4125 | Open Prepaid | 0.00 | 0.00 | 0.00 | 0.00 |
| 5121 | Housing Assist Payments | (10,876.00) | 0.00 | 10,876.00 | (21,752.00) |
| 5990 | Miscellaneous Income | (4,645.00) | 0.00 | 4,315.00 | (8,960.00) |
| 6102 | Bank Fees | 30.00 | 0.00 | 0.00 | 30.00 |
| | **Grand Total** | **0.00** | **15,191.00** | **15,191.00** | **0.00** |

**2501 Naylor RD SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Oct 2024**

| Account | Oct 2024 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 59,009.31 |
| **TOTAL CASH** | $ 59,009.31 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| Total Fixed Assets | $ - |
| **TOTAL ASSETS** | **$ 59,009.31** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 28,327.31 |
| **TOTAL CURRENT LIABILITIES** | $ 28,327.31 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 30,682.00 |
| **TOTAL OWNER'S EQUITY** | $ 30,682.00 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 59,009.31** |

## 2501 Naylor RD SE LLC
### Residential Rent Roll
**As of Date 10/31/2024**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 03 | 2 | 0 | t0008208 | Diamond Stewart | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 7/31/2020 | | | 120.00 |
| 04 | 2 | 0 | t0008209 | April Nickens | 2,487.00 | 2,487.00 | 0.00 | 0.00 | 7/1/2024 | | | 4,253.00 |
| 05 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 06 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B1 | 2 | 0 | t0008210 | Jessica Phillips | 4,337.00 | 4,337.00 | 0.00 | 0.00 | 9/1/2024 | | | 0.00 |
| B2 | 2 | 0 | t0008211 | Layetta Howard | 4,410.00 | 4,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 13,423.00 | 0.00 | 0.00 | | | 4,373.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 13,423.00 | | | | 4 | 50.00% | |
| Vacant Units | 0 | 0.00 | | | | 4 | 50.00% | |
| Totals: | 0 | 13,423.00 | 13,423.00 | 0.00 | 0 | 8 | 100.00% | 4,373.00 |

# Aging Summary

2501 Naylor RD SE LLC (2501)
Trans through: 10/24
Age As of: 10/31/2024

Page 7

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **2501 - 2501 Naylor RD SE LLC** | | | | | | | | | |
| 03 | t0008208 Current | Diamond Stewart | 120.00 | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| 04 | t0008209 Current | April Nickens | 4,974.00 | 2,487.00 | 2,487.00 | 0.00 | 0.00 | 721.00 | 4,253.00 |
| **Total 2501 - 2501 Naylor RD SE LLC** | | | **5,094.00** | **2,547.00** | **2,547.00** | **0.00** | **0.00** | **721.00** | **4,373.00** |
| **Grand Total** | | | **5,094.00** | **2,547.00** | **2,547.00** | **0.00** | **0.00** | **721.00** | **4,373.00** |

## 2501 Naylor RD SE LLC
## Payable - Aging Summary
## Age as of =10/31/2024

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---:|---:|---:|---:|---:|
| **2501 Naylor RD SE LLC  - 2501** | | | | | |
| noble - Noble Realty Advisors LLC | 1,999.50 | 1,333.00 | 666.50 | 0.00 | 0.00 |
| **Total 2501 Naylor RD SE LLC** | **1,999.50** | **1,333.00** | **666.50** | **0.00** | **0.00** |
| **Grand Total** | **1,999.50** | **1,333.00** | **666.50** | **0.00** | **0.00** |

# 2501 Naylor RD SE LLC
## Payment Summary
**Payment Date = 10/01/2024 - 10/31/2024**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| **Grand Total** | | | | | **0.00** | |

# 2501 Naylor Cash Receipts

## Bank Reconciliation Report
## 10/31/2024

███ ███7046

| | |
|---|---:|
| **Balance Per Bank Statement as of 10/31/2024** | 59,009.31 |
| **Reconciled Bank Balance** | **59,009.31** |
| | |
| **Balance per GL as of 10/31/2024** | 59,009.31 |
| **Reconciled Balance Per G/L** | **59,009.31** |
| | |
| **Difference** (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

E  **STATEMENT OF ACCOUNT**

2501 NAYLOR RD SE LLC
MARC ALBERT CHAPTER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

Page: 1 of 2
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 7046-719-E-***
Primary Account #: 7046

## TD Business Premier Checking

2501 NAYLOR RD SE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

Account # 7046

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 43,818.31 | Average Collected Balance | 57,658.76 |
| Deposits | 721.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 14,470.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 59,009.31 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $385.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/10 | DEPOSIT | 721.00 |
| | Subtotal: | 721.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | CCD DEPOSIT, GWUL LEASE UP | 1,465.00 |
| 10/02 | CCD DEPOSIT, DISTRICT OF COLU LRSP | 2,129.00 |
| 10/04 | CCD DEPOSIT, GREATER WASHINGT RENTAL PAY V0007068 | 10,876.00 |
| | Subtotal: | 14,470.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 43,818.31 | 10/04 | 58,288.31 |
| 10/01 | 45,283.31 | 10/10 | 59,009.31 |
| 10/02 | 47,412.31 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender