US Trustee Form 11 - Monthly Operating Report

2501 Naylor Rd SE LLC

Case No. 24-00182

Lead Case No. 24-00180

Period ending 06/30/2025

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

Part 7.a. The following payments were made at settlement on pre-petition balances in connection with the sale of the asset:

| | |
|---|---|
| DC Water | $33,335.59 |
| DC Office of Tax & Revenue – RE Taxes | $40,181.49 |

# 2501 Naylor RD SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### JUNE 2025

### Prepared for:

Marc E. Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Marc E. Albert, Chapter 11 Trustee**
**2501 Naylor RD SE LLC**
**June 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of June 2025.

**Income:** During the month $8,430.92 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $58,810.00.**
See attached aged Delinquency Report for the month of June 2025.

**Vacancies – 4 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $1,087.72 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of June 30, 2025, the outstanding payable totaled $23,888.87. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $807.72 (see attached check summary).
Note: This does not include $250.00 US Trustee fees paid from Owner's Account (Axos Bank)

**Banking:**

1. Operating Account (PNC Bank) – As of June 30, 2025, the account statement balance was $970.00. The available and reconciled cash balance as of June 30, 2025, was $970.00.

2. Disbursement Account (Axos Bank) – As of June 30, 2025, the account statement balance was $1,563.76. The available and reconciled cash balance as of June 30, 2025, was $1,372.96.

3. Owner's Account (Axos Bank) – As of June 30, 2025, the ledger balance was $35,047.57.  The available and reconciled cash balance as June 30, 2025, was $35,047.57.  Note $2,500.00 was transferred to a Reserve Account.

**2501 Naylor RD SE LLC**
**Deposit Register**
**Deposit Date = 06/01/2025 - 06/30/2025**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|------|----------|------|--------|--------|--------------|--------|---------|
| **(naylor2) - 18  06/06/2025** | | | | | | | |
| 2440 S St SE LLC | 2501 | | | 06-2025 | 6/6/2025 | 616.92 | TR 060625 |
| **Total (naylor2) - 18  06/06/2025** | | | | | | **616.92** | |
| | | | | | | | |
| **(naylor2) - 19  06/13/2025** | | | | | | | |
| Nickens,April | 2501 | 04 | t0008209 | 06-2025 | 6/13/2025 | 1,348.00 | 365860 |
| **Total (naylor2) - 19  06/13/2025** | | | | | | **1,348.00** | |
| | | | | | | | |
| **(naylor) - 27  06/03/2025** | | | | | | | |
| Stewart,Diamond | 2501 | 03 | t0008208 | 06-2025 | 6/3/2025 | 2,129.00 | 601251059 |
| Phillips,Jessica | 2501 | B1 | t0008210 | 06-2025 | 6/3/2025 | 4,337.00 | 601251059 |
| **Total (naylor) - 27  06/03/2025** | | | | | | **6,466.00** | |
| | | | | | | | |
| **Grand Total** | | | | | | **8,430.92** | |

**2501 Naylor RD SE LLC**
**Actual vs Budget Comparison Statement**
**Books = Cash**
**For the period ending June 30, 2025**

| | Account Description | MTD Actual | MTD Budget | $ Variance | YTD Actual | YTD Budget | $ Variance | Annual Remaining | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|
| | **Rental Income** | | | | | | | | |
| 5120 | Rent Income | 1,348.00 | - | 1,348.00 | 5,580.00 | - | 5,580.00 | (5,580.00) | - |
| 5121 | Housing Assist Payments | 6,466.00 | 10,870.00 | (4,404.00) | 45,335.00 | 65,220.00 | (19,885.00) | 19,885.00 | 65,220.00 |
| | **Total Rental Income** | 7,814.00 | 10,870.00 | (3,056.00) | 50,915.00 | 65,220.00 | (14,305.00) | 14,305.00 | 65,220.00 |
| | **Miscellaneous Income** | | | | | | | | |
| 5301 | Late Fees | - | - | - | 543.80 | - | 543.80 | (543.80) | - |
| 5990 | Miscellaneous Income | 616.92 | - | 616.92 | 8,021.51 | - | 8,021.51 | (8,021.51) | - |
| | **Total Miscellaneous Income** | 616.92 | - | 616.92 | 8,565.31 | - | 8,565.31 | (8,565.31) | - |
| | **TOTAL INCOME** | $ 8,430.92 | $ 10,870.00 | $ (2,439.08) | $ 59,480.31 | $ 65,220.00 | $ (5,739.69) | $ 5,739.69 | $ 65,220.00 |
| | **EXPENSES** | | | | | | | | |
| | **Administrative Expenses** | | | | | | | | |
| 6102 | Bank Fees | 30.00 | 15.00 | 15.00 | 180.00 | 90.00 | 90.00 | (90.00) | 90.00 |
| 6301 | Legal Services | - | 4,650.00 | (4,650.00) | - | 24,712.00 | (24,712.00) | 24,712.00 | 24,712.00 |
| 6310 | Office Salaries | - | - | - | 303.88 | - | 303.88 | (303.88) | - |
| 6311 | Office/Telephone Expense | - | 15.00 | (15.00) | 50.00 | 90.00 | (40.00) | 40.00 | 90.00 |
| 6320 | Management Fee | - | 1,333.00 | (1,333.00) | 5,332.00 | 7,998.00 | (2,666.00) | 2,666.00 | 7,998.00 |
| 6330 | Manager Salary | - | 307.00 | (307.00) | 521.17 | 1,842.00 | (1,320.83) | 1,320.83 | 1,842.00 |
| 6351 | Accounting/Computer Fee | - | 500.00 | (500.00) | - | 3,000.00 | (3,000.00) | 3,000.00 | 3,000.00 |
| 6390 | Misc/Admin Expense | - | 84.00 | (84.00) | 501.79 | 504.00 | (2.21) | 2.21 | 504.00 |
| | **Total Administrative Expenses** | 30.00 | 6,904.00 | (6,874.00) | 6,888.84 | 38,236.00 | (31,347.16) | 31,347.16 | 38,236.00 |
| | **Utilities** | | | | | | | | |
| 6450 | Electricity | - | 80.00 | (80.00) | 710.60 | 480.00 | 230.60 | (230.60) | 480.00 |
| 6451 | Water/Sewer | - | 1,350.00 | (1,350.00) | 8,000.00 | 8,100.00 | (100.00) | 100.00 | 8,100.00 |
| 6452 | Gas | - | 300.00 | (300.00) | - | 1,800.00 | (1,800.00) | 1,800.00 | 1,800.00 |
| | **Total Utilities** | - | 1,730.00 | (1,730.00) | 8,710.60 | 10,380.00 | (1,669.40) | 1,669.40 | 10,380.00 |
| | **Operating & Maintenance Expense** | | | | | | | | |
| 6510 | Maintenance/Cleaning Payroll | - | 260.00 | (260.00) | 348.73 | 1,560.00 | (1,211.27) | 1,211.27 | 1,560.00 |
| 6515 | Supplies | - | - | - | 250.49 | - | 250.49 | (250.49) | - |
| 6520 | Maintenance Contracts | - | 1,340.00 | (1,340.00) | 8,492.40 | 8,040.00 | 452.40 | (452.40) | 8,040.00 |
| 6521 | Janitor & Cleaning Contract | - | 250.00 | (250.00) | 3,110.40 | 1,500.00 | 1,610.40 | (1,610.40) | 1,500.00 |
| 6522 | Pest Control Management | - | 175.00 | (175.00) | 800.00 | 675.00 | 125.00 | (125.00) | 675.00 |
| 6523 | Landscape Maintenance | - | 500.00 | (500.00) | 980.00 | 2,350.00 | (1,370.00) | 1,370.00 | 2,350.00 |
| 6525 | Garbage and Trash Removal | - | 585.00 | (585.00) | 7,065.33 | 2,955.00 | 4,110.33 | (4,110.33) | 2,955.00 |
| 6530 | Security Contract | - | 9,800.00 | (9,800.00) | - | 31,400.00 | (31,400.00) | 31,400.00 | 31,400.00 |
| 6540 | Heat/AC Supplies | - | - | - | 215.70 | - | 215.70 | (215.70) | - |
| 6546 | HVAC Repairs and Maint | - | 250.00 | (250.00) | 1,140.00 | 1,000.00 | 140.00 | (140.00) | 1,000.00 |
| 6548 | Snow Removal | - | - | - | 2,290.00 | 800.00 | 1,490.00 | (1,490.00) | 800.00 |
| 6551 | Plumbing Repairs | - | 100.00 | (100.00) | - | 600.00 | (600.00) | 600.00 | 600.00 |

**2501 Naylor RD SE LLC**
**Actual vs Budget Comparison Statement**
**Books = Cash**
**For the period ending June 30, 2025**

| | Account Description | MTD Actual | MTD Budget | $ Variance | YTD Actual | YTD Budget | $ Variance | Annual Remaining | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|
| 6554 | Electric Supplies | - | - | - | 78.94 | - | 78.94 | (78.94) | - |
| 6565 | Painting & Decorating - Occupied | - | 50.00 | (50.00) | - | 300.00 | (300.00) | 300.00 | 300.00 |
| 6576 | Fire Alarm Maintenance | - | 100.00 | (100.00) | 82.60 | 400.00 | (317.40) | 317.40 | 400.00 |
| 6590 | Misc Oper/Main Expense | - | 100.00 | (100.00) | - | 600.00 | (600.00) | 600.00 | 600.00 |
| | **Total Operating & Maintenance Expense** | - | 13,510.00 | (13,510.00) | 24,854.59 | 52,180.00 | (27,325.41) | 27,325.41 | 52,180.00 |
| | **Insurance & Taxes** | | | | | | | | |
| 6710 | Real Estate Taxes | - | 612.00 | (612.00) | 3,681.54 | 3,672.00 | 9.54 | (9.54) | 3,672.00 |
| 6711 | Payroll Taxes | - | - | - | 135.60 | - | 135.60 | (135.60) | - |
| 6712 | Payroll Expenses (Properties) | - | - | - | 36.88 | - | 36.88 | (36.88) | - |
| 6720 | Property & Liability Ins | - | 143.00 | (143.00) | 90.39 | 858.00 | (767.61) | 767.61 | 858.00 |
| 6722 | Worker's Compensation | - | - | - | 22.27 | - | 22.27 | (22.27) | - |
| 6723 | Health Ins/Other Emp Bene | - | - | - | 21.72 | - | 21.72 | (21.72) | - |
| 6790 | Misc Taxes, Lic, Permits | 250.00 | - | 250.00 | 1,221.00 | - | 1,221.00 | (1,221.00) | - |
| | **Total Insurance & Taxes** | 250.00 | 755.00 | (505.00) | 5,209.40 | 4,530.00 | 679.40 | (679.40) | 4,530.00 |
| | **TOTAL OPERATING EXPENSE** | $ 280.00 | $ 22,899.00 | $ (22,619.00) | $ 45,663.43 | $ 105,326.00 | $ (59,662.57) | $ 59,662.57 | $ 105,326.00 |
| | **NET OPERATING INCOME/(LOSS)** | $ 8,150.92 | $ (12,029.00) | $ 20,179.92 | $ 13,816.88 | $ (40,106.00) | $ 53,922.88 | $ (53,922.88) | $ (40,106.00) |
| | **Financial Expenses** | | | | | | | | |
| | **Total Financial Expenses** | - | - | - | - | - | - | - | - |
| | **NET INCOME (LOSS)** | $ 8,150.92 | $ (12,029.00) | $ 20,179.92 | $ 13,816.88 | $ (40,106.00) | $ 53,922.88 | $ (53,922.88) | $ (40,106.00) |
| | **Replacement Reserve Item Expense** | | | | | | | | |
| 7010 | Appliance Replacements | - | 750.00 | (750.00) | - | 1,500.00 | (1,500.00) | 1,500.00 | 1,500.00 |
| 7016 | Exterior Doors | 807.72 | - | 807.72 | 4,519.38 | - | 4,519.38 | (4,519.38) | - |
| | **Total Replacement Reserve Item Expense** | 807.72 | 750.00 | 57.72 | 4,519.38 | 1,500.00 | 3,019.38 | (3,019.38) | 1,500.00 |
| | **Other Cash Flow Items** | | | | | | | | |
| 5490 | Interest Income - Other | 85.24 | - | 85.24 | 95.83 | - | 95.83 | (95.83) | - |
| | **Total Other Cash Flow Items** | 85.24 | - | 85.24 | 95.83 | - | 95.83 | (95.83) | - |
| | **TOTAL CASH FLOW** | $ 7,428.44 | $ (12,779.00) | $ 20,207.44 | $ 9,393.33 | $ (41,606.00) | $ 50,999.33 | $ (50,999.33) | $ (41,606.00) |

**2501 Naylor RD SE LLC**
**General Ledger (Cash)**
**Month = Jun 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
| **6102** | | | **Bank Fees** | | | | | 150.00 = Beginning Balance = | |
| 2501 | 6/30/2025 | 06-2025 | TD Business (7046) | J-75197 | | 30.00 | 0.00 | 180.00 06/25 Bank Service Charge | |
| | | | Net Change=30.00 | | | | | 180.00 = Ending Balance = | |
| **6310** | | | **Office Salaries** | | | | | 303.88 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 303.88 = Ending Balance = | |
| **6311** | | | **Office/Telephone Expense** | | | | | 50.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 50.00 = Ending Balance = | |
| **6320** | | | **Management Fee** | | | | | 5,332.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 5,332.00 = Ending Balance = | |
| **6330** | | | **Manager Salary** | | | | | 521.17 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 521.17 = Ending Balance = | |
| **6390** | | | **Misc/Admin Expense** | | | | | 501.79 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 501.79 = Ending Balance = | |
| **6450** | | | **Electricity** | | | | | 710.60 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 710.60 = Ending Balance = | |
| **6451** | | | **Water/Sewer** | | | | | 8,000.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 8,000.00 = Ending Balance = | |
| **6510** | | | **Maintenance/Cleaning Payroll** | | | | | 348.73 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 348.73 = Ending Balance = | |
| **6515** | | | **Supplies** | | | | | 250.49 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 250.49 = Ending Balance = | |
| **6520** | | | **Maintenance Contracts** | | | | | 8,492.40 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 8,492.40 = Ending Balance = | |
| **6521** | | | **Janitor & Cleaning Contract** | | | | | 3,110.40 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 3,110.40 = Ending Balance = | |
| **6522** | | | **Pest Control Management** | | | | | 800.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 800.00 = Ending Balance = | |
| **6523** | | | **Landscape Maintenance** | | | | | 980.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 980.00 = Ending Balance = | |

**2501 Naylor RD SE LLC**
**General Ledger (Cash)**
Month = Jun 2025

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 6525 | | | Garbage and Trash Removal | | | | | 7,065.33 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 7,065.33 = Ending Balance = | |
| 6540 | | | Heat/AC Supplies | | | | | 215.70 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 215.70 = Ending Balance = | |
| 6546 | | | HVAC Repairs and Maint | | | | | 1,140.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 1,140.00 = Ending Balance = | |
| 6548 | | | Snow Removal | | | | | 2,290.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 2,290.00 = Ending Balance = | |
| 6554 | | | Electric Supplies | | | | | 78.94 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 78.94 = Ending Balance = | |
| 6576 | | | Fire Alarm Maintenance | | | | | 82.60 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 82.60 = Ending Balance = | |
| 6710 | | | Real Estate Taxes | | | | | 3,681.54 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 3,681.54 = Ending Balance = | |
| 6711 | | | Payroll Taxes | | | | | 135.60 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 135.60 = Ending Balance = | |
| 6712 | | | Payroll Expenses (Properties) | | | | | 36.88 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 36.88 = Ending Balance = | |
| 6720 | | | Property & Liability Ins | | | | | 90.39 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 90.39 = Ending Balance = | |
| 6722 | | | Worker's Compensation | | | | | 22.27 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 22.27 = Ending Balance = | |
| 6723 | | | Health Ins/Other Emp Bene | | | | | 21.72 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 21.72 = Ending Balance = | |
| 6790 | | | Misc Taxes, Lic, Permits | | | | | 971.00 = Beginning Balance = | |
| 2501 | 6/30/2025 | 06-2025 | Marc Albert Trustee | J-75196 | | 250.00 | 0.00 | 1,221.00 | 06/17 2024 Form D 30 Return |
| | | | Net Change=250.00 | | | | | 1,221.00 = Ending Balance = | |
| 7016 | | | Exterior Doors | | | | | 3,711.66 = Beginning Balance = | |

**2501 Naylor RD SE LLC**
**General Ledger (Cash)**
Month = Jun 2025

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2501 | 6/5/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159131 | 137 | 190.80 | 0.00 | 3,902.46 | Reimb: DAWGS security doors, 2501 Naylor Unit 5 |
| 2501 | 6/5/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159131 | 137 | 213.06 | 0.00 | 4,115.52 | Reimb: DAWGS security doors, 2501 Naylor Unit 6 |
| 2501 | 6/5/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159131 | 137 | 213.06 | 0.00 | 4,328.58 | Reimb: DAWGS security doors, 2501 Naylor Unit 2 |
| 2501 | 6/26/2025 | 06-2025 | Noble Realty Advisors LLC (noble) | K-159808 | 138 | 190.80 | 0.00 | 4,519.38 | Reimb: DAWGS security doors, 2501 Naylor Unit 5 (May 2 |
| | | | **Net Change=807.72** | | | | | **4,519.38  = Ending Balance =** | |
| | | **Grand Total** | | | | **1,087.72** | **0.00** | | |

**2501 Naylor RD SE LLC**
**Trial Balance (Cash)**
**Month= Jun 2025**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 970.00 | 0.00 | 0.00 | 970.00 |
| 1016 | Owner's Account | 31,276.33 | 3,771.24 | 0.00 | 35,047.57 |
| 1020 | Cash-Surplus | (159.42) | 0.00 | 0.00 | (159.42) |
| 1021 | Operating Reserve | 25,000.00 | 2,500.00 | 0.00 | 27,500.00 |
| 1038 | Operating Account - 2 | 215.76 | 1,157.20 | 0.00 | 1,372.96 |
| 1060 | Account Rec. #2 | 27,310.00 | 0.00 | 0.00 | 27,310.00 |
| 2090 | Other Current Liabilities | (28,327.31) | 0.00 | 0.00 | (28,327.31) |
| 3800 | Retained Earnings | (54,320.47) | 0.00 | 0.00 | (54,320.47) |
| 4125 | Open Prepaid | 0.00 | 0.00 | 0.00 | 0.00 |
| 5120 | Rent Income | (4,232.00) | 0.00 | 1,348.00 | (5,580.00) |
| 5121 | Housing Assist Payments | (38,869.00) | 0.00 | 6,466.00 | (45,335.00) |
| 5301 | Late Fees | (543.80) | 0.00 | 0.00 | (543.80) |
| 5490 | Interest Income - Other | (10.59) | 0.00 | 85.24 | (95.83) |
| 5990 | Miscellaneous Income | (7,404.59) | 0.00 | 616.92 | (8,021.51) |
| 6102 | Bank Fees | 150.00 | 30.00 | 0.00 | 180.00 |
| 6310 | Office Salaries | 303.88 | 0.00 | 0.00 | 303.88 |
| 6311 | Office/Telephone Expense | 50.00 | 0.00 | 0.00 | 50.00 |
| 6320 | Management Fee | 5,332.00 | 0.00 | 0.00 | 5,332.00 |
| 6330 | Manager Salary | 521.17 | 0.00 | 0.00 | 521.17 |
| 6390 | Misc/Admin Expense | 501.79 | 0.00 | 0.00 | 501.79 |
| 6450 | Electricity | 710.60 | 0.00 | 0.00 | 710.60 |
| 6451 | Water/Sewer | 8,000.00 | 0.00 | 0.00 | 8,000.00 |
| 6510 | Maintenance/Cleaning Payroll | 348.73 | 0.00 | 0.00 | 348.73 |
| 6515 | Supplies | 250.49 | 0.00 | 0.00 | 250.49 |
| 6520 | Maintenance Contracts | 8,492.40 | 0.00 | 0.00 | 8,492.40 |
| 6521 | Janitor & Cleaning Contract | 3,110.40 | 0.00 | 0.00 | 3,110.40 |
| 6522 | Pest Control Management | 800.00 | 0.00 | 0.00 | 800.00 |
| 6523 | Landscape Maintenance | 980.00 | 0.00 | 0.00 | 980.00 |
| 6525 | Garbage and Trash Removal | 7,065.33 | 0.00 | 0.00 | 7,065.33 |
| 6540 | Heat/AC Supplies | 215.70 | 0.00 | 0.00 | 215.70 |
| 6546 | HVAC Repairs and Maint | 1,140.00 | 0.00 | 0.00 | 1,140.00 |
| 6548 | Snow Removal | 2,290.00 | 0.00 | 0.00 | 2,290.00 |
| 6554 | Electric Supplies | 78.94 | 0.00 | 0.00 | 78.94 |
| 6576 | Fire Alarm Maintenance | 82.60 | 0.00 | 0.00 | 82.60 |
| 6710 | Real Estate Taxes | 3,681.54 | 0.00 | 0.00 | 3,681.54 |
| 6711 | Payroll Taxes | 135.60 | 0.00 | 0.00 | 135.60 |
| 6712 | Payroll Expenses (Properties) | 36.88 | 0.00 | 0.00 | 36.88 |
| 6720 | Property & Liability Ins | 90.39 | 0.00 | 0.00 | 90.39 |
| 6722 | Worker's Compensation | 22.27 | 0.00 | 0.00 | 22.27 |
| 6723 | Health Ins/Other Emp Bene | 21.72 | 0.00 | 0.00 | 21.72 |
| 6790 | Misc Taxes, Lic, Permits | 971.00 | 250.00 | 0.00 | 1,221.00 |
| 7016 | Exterior Doors | 3,711.66 | 807.72 | 0.00 | 4,519.38 |
| | **Grand Total** | **0.00** | **8,516.16** | **8,516.16** | **0.00** |

**2501 Naylor RD SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Jun 2025**

| Account | Jun 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 970.00 |
| Owner's Account | 35,047.57 |
| Cash-Surplus | (159.42) |
| Operating Reserve | 27,500.00 |
| Operating Account - 2 | 1,372.96 |
| **TOTAL CASH** | $ 64,731.11 |
| **CURRENT ASSETS** | |
| Account Rec. #2 | 27,310.00 |
| **TOTAL CURRENT ASSETS** | $ 27,310.00 |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 92,041.11** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 28,327.31 |
| **TOTAL CURRENT LIABILITIES** | $ 28,327.31 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 63,713.80 |
| **TOTAL OWNER'S EQUITY** | $ 63,713.80 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 92,041.11** |

**2501 Naylor RD SE LLC**

**Residential Rent Roll**

**As of Date 06/30/2025**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|------------|--------|-----------------|--------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 02 | 4-br | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 03 | 3-br | 0 | t0008208 | Diamond Stewart | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 7/31/2020 | | | (1,529.00) |
| 04 | 4-br | 0 | t0008209 | April Nickens | 4,337.00 | 4,337.00 | 0.00 | 0.00 | 7/1/2024 | | | 35,627.00 |
| 05 | 3-br | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 06 | 4-br | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B1 | 3-br | 0 | t0008210 | Jessica Phillips | 4,337.00 | 4,337.00 | 0.00 | 0.00 | 9/1/2024 | | | 0.00 |
| B2 | 2 | 0 | t0008211 | Layetta Howard | 4,410.00 | 4,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 22,050.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|--|---------------|-------------|---------------|------------------|---------------|-----------|-----------|---------|
| Current/Notice Res. | | | 15,273.00 | 0.00 | 0.00 | | | 56,148.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 15,273.00 | | | | 4 | 50.00% | |
| Vacant Units | 0 | 0.00 | | | | 4 | 50.00% | |
| Totals: | 0 | 15,273.00 | 15,273.00 | 0.00 | 0 | 8 | 100.00% | 56,148.00 |

## Aged Receivables Report

Detail by Resident
Property:  2501 Naylor RD SE LLC  (2501)
Trans through :6/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------:|------------:|-------------:|-------------:|-------------:|------------:|--------:|
| **2501** | **- 2501 Naylor RD SE LLC** | | | | | | | | |
| 03 | t0008208 | Diamond Stewart | 600.00 | 60.00 | 60.00 | 60.00 | 420.00 | -2,129.00 | -1,529.00 |
| 04 | t0008209 | April Nickens | 36,160.00 | 3,616.00 | 3,616.00 | 3,616.00 | 25,312.00 | -533.00 | 35,627.00 |
| B2 | t0008211 | Layetta Howard | 22,050.00 | 4,410.00 | 4,410.00 | 4,410.00 | 8,820.00 | 0.00 | 22,050.00 |
| **Total 2501** | | | **58,810.00** | **8,086.00** | **8,086.00** | **8,086.00** | **34,552.00** | **-2,662.00** | **56,148.00** |
| **Total** | | | **58,810.00** | **8,086.00** | **8,086.00** | **8,086.00** | **34,552.00** | **-2,662.00** | **56,148.00** |

## 2501 Naylor RD SE LLC
### Payable - Aging Summary
### Age as of =06/30/2025

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **2501 Naylor RD SE LLC  - 2501** | | | | | |
| 244sst - 2440 S St SE LLC | 616.92 | 616.92 | 0.00 | 0.00 | 0.00 |
| 4400 - 4400 Hunt Place NE LLC | 361.56 | 0.00 | 90.39 | 90.39 | 180.78 |
| bernes - Bernardo Estiven | 3,600.00 | 0.00 | 0.00 | 0.00 | 3,600.00 |
| dc - DC Water and Sewer Authority | 9,040.82 | 0.00 | 768.86 | 0.00 | 8,271.96 |
| noble - Noble Realty Advisors LLC | 8,651.60 | 2,900.77 | 1,637.72 | 2,143.46 | 1,969.65 |
| pepc - Pepco | 516.46 | 0.00 | 0.00 | 271.89 | 244.57 |
| wbwaste - WB Waste Solutions | 583.11 | 583.11 | 0.00 | 0.00 | 0.00 |
| whiteglove - White Glove Commercial Cleaning | 518.40 | 0.00 | 0.00 | 518.40 | 0.00 |
| **Total 2501 Naylor RD SE LLC** | **23,888.87** | **4,100.80** | **2,496.97** | **3,024.14** | **14,266.96** |
| **Grand Total** | **23,888.87** | **4,100.80** | **2,496.97** | **3,024.14** | **14,266.96** |

**2501 Naylor RD SE LLC**
**Payment Summary**
**Payment Date = 06/01/2025 - 06/30/2025**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|------|--------|--------|-----------|-----------|-------------|-----------------|
| naylor2 - 2501 Naylor Cash Disbursement | 137 | noble - Noble Realty Advisors LLC | 6/5/2025 | 06-2025 | 616.92 | 6/30/2025 |
| naylor2 - 2501 Naylor Cash Disbursement | 138 | noble - Noble Realty Advisors LLC | 6/26/2025 | 06-2025 | 190.80 | |
| | | | | | **807.72** | |

**2501 Naylor Cash Receipts**

**Bank Reconciliation Report**

**6/30/2025**

███████7046

| | |
|---|---:|
| **Balance Per Bank Statement as of 6/30/2025** | 970.00 |
| **Reconciled Bank Balance** | 970.00 |
| | |
| **Balance per GL as of 6/30/2025** | 970.00 |
| **Reconciled Balance Per G/L** | 970.00 |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |



**TD Bank**

America's Most Convenient Bank®

E    **STATEMENT OF ACCOUNT**

2501 NAYLOR RD SE LLC
MARC ALBERT CHAPTER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Jun 01 2025-Jun 30 2025 |
| Cust Ref #: | ███████7046-719-E-*** |
| Primary Account #: | ███████7046 |

## TD Business Premier Checking

2501 NAYLOR RD SE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

Account # 436-2817046

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 970.00 | Average Collected Balance | 2,713.26 |
| Electronic Deposits | 6,466.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 6,436.00 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 30.00 | Days in Period | 30 |
| Ending Balance | 970.00 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | CCD DEPOSIT, GREATER WASHINGT FRSP RENTA V0007068 | 6,466.00 |
| | Subtotal: | 6,466.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/12 | 233 | 6,436.00 |
| | Subtotal: | 6,436.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | MAINTENANCE FEE | 30.00 |
| | Subtotal: | 30.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 970.00 | 06/12 | 1,000.00 |
| 06/04 | 7,436.00 | 06/30 | 970.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

**Begin by adjusting your account register as follows:**

· Subtract any services charges shown on this statement.

· Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

· Add any interest earned if you have an interest-bearing account.

· Add any automatic deposit or overdraft line of credit.

· Review all withdrawals shown on this statement and check them off in your account register.

· Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| **❶** Ending Balance | | 970.00 |
| **❷** Total Deposits | + | |
| **❸** Sub Total | | |
| **❹** Total Withdrawals | - | |
| **❺** Adjusted Balance | | |

| **❷** DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | **❷** |

| **❹** WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | **❹** |

## FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

· Your name and account number.
· A description of the error or transaction you are unsure about.
· The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

· Your name and account number.
· The dollar amount of the suspected error.
· Describe the error and explain, if you can, why you believe there is an error.
  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

2501 NAYLOR RD SE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Jun 01 2025-Jun 30 2025 |
| Cust Ref #: | ▓▓▓7046-719-E-*** |
| Primary Account #: | ▓▓▓▓7046 |

**Important    Notice    About    Your    Account**

We're committed to keeping you informed when it comes to your banking. We're updating our Business Deposit Account Agreement (BDAA) for our business, commercial and government banking accounts. The updated BDAA will be effective as of July 1, 2025, except as otherwise agreed in writing by us.

**Here's a summary of the terms that have changed.**

- **Authorized Signers**. The BDAA describes what any Authorized Signer has authority to do. We are not bound by any restrictions in your corporate documents on your Authorized Signers.
- If you opened an account to hold funds on behalf of others (e.g., as an agent or trustee):
  - **FDIC Insurance**. The beneficial owners of those funds may be eligible for pass-through insurance from the FDIC. Subject to exceptions, you must be able to provide a record of the beneficial owner(s)' interests in those funds as required by the FDIC.
  - **Third Party Relationships**. You are making representations to us about your authority, compliance with requirements, and your relationship with the third parties. Upon request, you agree to furnish additional related documentation.
- **No Third Party Checks or Correspondent Banking.** We may refuse to deposit any check that is not payable to you. Financial institutions may not use their account for correspondent banking activities, including third party check or payment processing.
- **Notifying us of Unauthorized Activity.** You must report transactions by an unauthorized individual within 30 days after the first statement on which they occur is mailed or made available.
- **Accounts with Account Analysis Billing.** We clarified that Small Business overdraft features, including Overdraft Grace and the limit of five (5) overdraft fees per day, do not apply to accounts on Account Analysis. Your obligation to report errors also applies to Account Analysis statements.
- **Cut-Off Times.** We have updated our Funds Availability Policy to include cut-off times for each type of deposit or credit transaction to your account.
- **Miscellaneous.** We clarified you cannot deposit proceeds of activities illegal under state or federal law. We may record and monitor service related phone calls and other electronic communications. We may place restrict individuals who are not Authorized Signers from making deposits to your account. We have clarified the conditions for using the Night Depository Service.

This summary does not describe every change to the BDAA.  You may review the updated BDAA anytime at tdbank.com/BDAA. If you have any questions, call us at **1-800-493-7562** Monday    Friday 7 a.m.    9 p.m. and Saturday    Sunday 8 a.m.    8p.m, or visit a TD Bank near you.

**Please see important information on the back page**

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# **TD Bank**

### America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

2501 NAYLOR RD SE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Jun 01 2025-Jun 30 2025 |
| Cust Ref #: | 7046-719-E-*** |
| Primary Account #: | 7046 |





| | | |
|---|---|---|
| #233 | 06/12 | $6,436.00 |
| #233 | 06/12 | $6,436.00 |

### 2501 Naylor Cash Disbursement

### Bank Reconciliation Report
### 6/30/2025

▬▬▬▬2786

**Balance Per Bank Statement as of 6/30/2025**                                          1,563.76

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 6/26/2025 | 138 | noble - Noble Realty Advisors LLC | 190.80 |

| | | | |
|---|---|---|---|
| **Less:** | **Outstanding Checks** | | **190.80** |
| | **Reconciled Bank Balance** | | **1,372.96** |

**Balance per GL as of 6/30/2025**                                                        1,372.96

        **Reconciled Balance Per G/L**                                           1,372.96

**Difference**         (Reconciled Bank Balance And Reconciled Balance Per G/L)          **0.00**



Date   6/30/25          Page     1
Primary Account          ████2786

2501 NAYLOR RD SE LLC
2501 Naylor Rd SE LLC, Debtor Case
No. 24-00182-ELG Chapter 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          2501 NAYLOR RD SE LLC
                        2501 Naylor Rd SE LLC, Debtor Case
                        No. 24-00182-ELG Chapter 11

| Commercial Checking | | Number of Enclosures | 8 |
|---|---|---|---|
| Account Number | ████2786 | Statement Dates   6/02/25 thru  6/30/25 | |
| Previous Balance | 10,558.91 | Days in the statement period | 29 |
| 2 Deposits/Credits | 1,964.92 | Avg Daily Ledger | 813.98 |
| 9 Checks/Debits | 10,960.07 | Avg Daily Collected | 674.53 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,563.76 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/06 | From DDA *2844,To DDA *2786,DA WG Doors 06.02.25 | 616.92 |
| 6/27 | MyDeposit | 1,348.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 6/02 | COM-WATER  DC WATER WEB 021000022874345 CYNTHIA *BROWNING 0839124 | 4,000.00- |



Date   6/30/25          Page       2
Primary Account              2786

Commercial  Checking              2786   (Continued)

### CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 6/02 | 130 | 800.00 | 6/03 | 134 | 130.00 |
| 6/03 | 131 | 1,187.20 | 6/05 | 135 | 710.60 |
| 6/02 | 132 | 2,300.00 | 6/09 | 136 | 75.35 |
| 6/09 | 133 | 1,140.00 | 6/06 | 137 | 616.92 |

* Indicates Skip In Check Number Sequence

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/02 | 3,458.91 | 6/05 | 1,431.11 | 6/09 | 215.76 |
| 6/03 | 2,141.71 | 6/06 | 1,431.11 | 6/27 | 1,563.76 |

*** END OF STATEMENT ***



Check 130   Date: 06/02   Amount: $800.00

Check 131   Date: 06/03   Amount: $1,187.20

Check 132   Date: 06/02   Amount: $2,300.00

Check 133   Date: 06/09   Amount: $1,140.00

Check 134   Date: 06/03   Amount: $130.00

Check 135   Date: 06/05   Amount: $710.60

Check 136   Date: 06/09   Amount: $75.35

Check 137   Date: 06/06   Amount: $616.92

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

**Marc E Albert - Axos Bank**

**Bank Reconciliation Report**

**6/30/2025**

**XXXX 0554**

| | |
|---|---|
| **Balance Per Bank Statement as of 6/30/2025** | 35,047.57 |
| **Reconciled Bank Balance** | 35,047.57 |
| | |
| **Balance per GL as of 6/30/2025** | 35,047.57 |
| **Reconciled Balance Per G/L** | 35,047.57 |
| | |
| **Difference** (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 24-00182 | Trustee Name: Marc E. Albert DC Ch 11 |
| Case Name: 2501 NAYLOR RD SE LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0554 |
| | Checking |
| Taxpayer ID No: XX-XXX3815 | Blanket Bond (per case limit): |
| For Period Ending: 07/14/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/24 | | 2501 Naylor Rd SE LLC c/o Marc Albert, Trustee 1775 Pennsylvania Ave. NW Ste 800 Washington, DC 20006 | Trustee Account Sweep from TD Bank Account | | $72,479.31 | | $72,479.31 |
| 11/26/24 | 2001 | 2501 Naylor Rd SE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $3,116.50 | $69,362.81 |
| 12/10/24 | | 2501 Naylor Rd SE LLC 2501 Naylor Rd SE Washington, DC 20020 | Account Sweep Dec 2024 | | $12,975.00 | | $82,337.81 |
| 01/13/25 | 2002 | Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $4,233.73 | $78,104.08 |
| 01/14/25 | | 2501 Naylor Rd SE LLC c/o Marc Albert Trustee 1775 Pennsylvania Ave NW Ste. 800 Washington, DC 20006 | Account Sweep | | $12,975.00 | | $91,079.08 |
| 01/28/25 | 2003 | International Sureties, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond #612419718 Case No. 24-00182 Chapter 11 Bond re 2501 Naylor Rd SE, LLC | 0000-000 | | $296.00 | $90,783.08 |
| 02/06/25 | 2004 | United States Trustee United States Trustee Payment Center P.O. Box 6200-19 Portland, OR 97228-6200 | Account No. 9002400182 Q4 US Trustee Fees re 2501 Naylor RD SE LLC - 9002400182 | 0000-000 | | $250.00 | $90,533.08 |
| 02/18/25 | | 2501 Naylor Rd SE LLC c/o Marc Albert, Trustee 1775 Pennsylvania Ave NW, Ste. 800 Washington, DC 20006 | Trustee Account Sweep - Feb 2025 | | $9,108.80 | | $99,641.88 |

| | | | Page Subtotals: | | $107,538.11 | $7,896.23 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 24-00182 | | Trustee Name: Marc E. Albert DC Ch 11 |
| Case Name: 2501 NAYLOR RD SE LLC | | Bank Name: Axos Bank |
| | | Account Number/CD#: XXXXXX0554 |
| | | Checking |
| Taxpayer ID No: XX-XXX3815 | | Blanket Bond (per case limit): |
| For Period Ending: 07/14/2025 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/25 | 2005 | 2501 Naylor Rd SE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $6,158.10 | $93,483.78 |
| 03/05/25 | 2006 | Marc E. Albert, Chapter 11 Trustee 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Transfer to Reserve Account | 0000-000 | | $17,500.00 | $75,983.78 |
| 03/26/25 | 2007 | DC Treasurer Office of Tax and Revenue DC Government Real Property Taxes PO Box 718095 Philadelphia, PA 19171-8095 | SQL 5627-0812 Real Property Tax re 2501 NAYLOR RD SE LLC | 0000-000 | | $3,681.54 | $72,302.24 |
| 04/01/25 | | 2501 Naylor Rd SE LLC 2501 Naylor Rd. SE Washington, DC 20020 | Account Sweep March 2025 Account Sweep from TD Bank account | | $2,114.22 | | $74,416.46 |
| 04/09/25 | 2008 | 2501 Naylor Rd SE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $12,124.02 | $62,292.44 |
| 04/09/25 | 2009 | 4303-13 WHEELER RD SE LLC c/o Noble Realty Advisors 11000 Broken Land Parkway, Suite 410 Columbia, MD 21044 | Intercompany transfer to 4303-13 WHEELER RD SE LLC for A/P Pursuant to Cash Consolidation order [ECF NO. 130] | 0000-000 | | $27,310.00 | $34,982.44 |
| 04/15/25 | | 2501 Naylor Rd SE LLC 2501 Naylor Rd SE Washington, DC 20020 | Account Sweep April 2025 account sweep | | $2,099.00 | | $37,081.44 |
| 04/23/25 | 2010 | Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $4,000.00 | $33,081.44 |
| 04/23/25 | 2011 | Marc E. Albert, Chapter 11 Trustee 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Transfer to Reserve Account | 0000-000 | | $5,000.00 | $28,081.44 |
| | | | Page Subtotals: | | $4,213.22 | $75,773.66 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 24-00182

Case Name: 2501 NAYLOR RD SE LLC

Trustee Name: Marc E. Albert DC Ch 11

Bank Name: Axos Bank

Account Number/CD#:   XXXXXX0554

Checking

Taxpayer ID No: XX-XXX3815

For Period Ending: 07/14/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/25 | INT | Axos Bank | Interest Rate 0.015 | | $10.59 | | $28,092.03 |
| 05/13/25 | | 2501 NAYLOR RD SE LLC 2501 Naylor Rd SE Washington, DC 20020 | Account Sweep TD bank Account Sweep May 2025 | | $19,368.00 | | $47,460.03 |
| 05/13/25 | 2012 | United States Trustee United States Trustee Payment Center P.O. Box 6200-19 Portland, OR 97228-6200 | Case #: 900-24-00182 US Trustee Fees re 2501 NAYLOR RD SE LLC | 0000-000 | | $251.79 | $47,208.24 |
| 05/13/25 | 2013 | Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $8,756.91 | $38,451.33 |
| 05/14/25 | 2014 | Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | DC WASA Payment 2501 NAYLOR RD SE LLC | 0000-000 | | $4,000.00 | $34,451.33 |
| 05/14/25 | 2015 | Marc E. Albert, Chapter 11 Trustee 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Transfer to Reserve Account | 0000-000 | | $2,500.00 | $31,951.33 |
| 05/23/25 | 2016 | International Sureties, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond #612419718 Term: 07/23/25 to 07/23/26 Case No. 24-00182 Chapter 11 Bond re 2501 Naylor Rd SE, LLC | 0000-000 | | $675.00 | $31,276.33 |
| 06/01/25 | INT | Axos Bank | Interest Rate 0.015 | | $43.67 | | $31,320.00 |
| 06/09/25 | | 2501 NAYLOR RD SE LLC 2501 Naylor Rd. SE Washington, DC 20020 | Account Sweep June 2025 Account Sweep | | $6,436.00 | | $37,756.00 |
| 06/11/25 | 2017 | Marc E. Albert, Chapter 11 Trustee 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Transfer to Reserve Account | 0000-000 | | $2,500.00 | $35,256.00 |

Page Subtotals:                                          $25,858.26          $18,683.70

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 24-00182 | Trustee Name: Marc E. Albert DC Ch 11 |
| Case Name: 2501 NAYLOR RD SE LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0554 |
| | Checking |
| Taxpayer ID No: XX-XXX3815 | Blanket Bond (per case limit): |
| For Period Ending: 07/14/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/25 | 2018 | DC Treasurer<br>Office of Tax and Revenue<br>PO Box 96195<br>Washington, DC 20090-6195 | 2024 Form D-30 Tax Return<br>EIN: 84-2473915<br>2501 NAYLOR RD SE LLC | 0000-000 | | $250.00 | $35,006.00 |
| 06/30/25 | INT | Axos Bank | Interest Rate 0.015 | | $41.57 | | $35,047.57 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $41.57 | $250.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0554 - Checking | $0.00 | $0.00 | $35,047.57 |
| | $0.00 | $0.00 | $35,047.57 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:        /s/ Marc E. Albert DC Ch 11        Date: 07/14/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:                                    $0.00        $0.00